UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RASHAD TERELL CARSON | ) | CASE NUMBER A16-50348-JRS |
| | ) | |
| DEBTOR | ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 2/7/2018 the Trustee received a total of $12,945.00. The Trustee's records indicate the amount delinquent is $3,640.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 9th day of February, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   A16-50348-JRS                                                              02/07/2018
RASHAD TERELL CARSON

## RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| January 05, 2018 | M.O. | 24425749800 | $200.00 |
| November 30, 2017 | EMPH | 24799700384 | ($607.00) |
| November 30, 2017 | M.O. | 24799700384 | $607.00 |
| November 08, 2017 | EMPH | 24799700384 | $607.00 |
| October 06, 2017 | M.O. | 23820762385 | $607.00 |
| September 06, 2017 | M.O. | 23959608906 | $607.00 |
| August 04, 2017 | M.O. | 24626203211 | $607.00 |
| July 07, 2017 | M.O. | 24085975860 | $607.00 |
| June 08, 2017 | M.O. | 24223955130 | $607.00 |
| May 05, 2017 | M.O. | 23714913655 | $607.00 |
| April 10, 2017 | M.O. | 24223980486 | $607.00 |
| March 07, 2017 | M.O. | 24203342340 | $607.00 |
| | | **Receipt Total:** | **$5,663.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| RASHAD TERELL CARSON ) | CASE NUMBER A16-50348-JRS |
| ) | |
| DEBTOR ) | |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **March 06, 2018** at **9:30 am in Courtroom 1404, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 9th day of February, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No:  A16-50348-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
RASHAD TERELL CARSON
934 GARDEN WALK BLVD
APT 809
ATLANTA, GA  30349

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Motion to Dismiss through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 9th day of February, 2018.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201